In the Matter of the VILLAGE OF DRESDEN, Respondent, against COUNTY OF YATES et al., Appellants.— Order affirmed, with $50 costs and disbursements. All concur. (Appeal from an order directing the county and its Superintendent

of Highways to carry out the terms of a previous final order for the rebuilding of a bridge, and denying a cross motion to modify the final order.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.